UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

NO. 1:15-CR-413-UA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| JOSEPH LEE LEVINSON, | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the undersigned, Wes J. Camden, an attorney admitted to practice in this district, and hereby gives notice of appearance in this matter on behalf of Defendant Joseph Lee Levinson in the above-captioned case.

This the 15th day of December, 2015.

/s/ Wes J. Camden
Wes J. Camden
wcamden@brookspierce.com
N.C. State Bar No. 33190

BROOKS, PIERCE, MCLENDON,
HUMPHREY & LEONARD, LLP
1600 Wells Fargo Capitol Center
150 Fayetteville Street
Raleigh, NC 27601
Tel. (919) 839-0300
Fax (919) 839-0304

*Attorney for Defendant*

CERTIFICATE OF SERVICE

The undersigned hereby certifies that she electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

        Frank Chut
        Frank.Chut@usdoj.gov

This the 15th day of December 2015.

        /s/ Wes J. Camden
        Wes J. Camden