UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
1:15CR413

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NOTICE OF APPEARANCE |
| v. | ) | ON BEHALF OF DEFENDANT |
| | ) | JOSEPH LEE LEVINSON |
| JOSEPH LEE LEVINSON 1:15CR413-1 | ) | |

    NOW COMES W. Stacy Miller, II, and hereby gives notice of his appearance on behalf of Defendant Joseph Lee Levinson.

    Respectfully submitted this the 23rd day of December, 2015.

    /s/ W. Stacy Miller, II
    W. Stacy Miller, II Bar Number: 21198
    Attorney for Defendant Levinson
    Miller Law Firm, PLLC
    Post Office Box 1769
    Raleigh, North Carolina 27602
    Telephone: (919)348-4361
    Fax: (919)729-2953
    E-mail: stacy@miller-lawfirm.com

# CERTIFICATE OF SERVICE

I, W. Stacy Miller, II, do hereby certify that on this date, a copy of the foregoing *Notice of Appearance on Behalf of Defendant Levinson* was filed with the Clerk of the Court utilizing the CM/ECF system which provided notice to counsel for the Plaintiff as follows:

    Frank J. Chut, Jr.
    Assistant United States Attorney
    101 S. Edgeworth Street, 4th Floor
    Greensboro, North Carolina 27401

Dated this 23rd day of December, 2015.

    /s/ W. Stacy Miller, II
    W. Stacy Miller, II Bar Number: 21198
    Attorney for Defendant Levinson
    Miller Law Firm, PLLC
    Post Office Box 1769
    Raleigh, North Carolina 27602
    Telephone: (919)348-4361
    Fax: (919)729-2953
    E-mail: stacy@miller-lawfirm.com